IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAVGEN, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ILLUMINA, INC. AND VERINATA HEALTH, INC.,<br><br>    Defendants. | Civil Action No. 20-cv-1644-RGA-JLH<br><br>**JURY TRIAL DEMANDED** |
| RAVGEN, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ARIOSA DIAGNOSTICS, INC., ROCHE SEQUENCING SOLUTIONS, INC., ROCHE MOLECULAR SYSTEMS, INC., AND FOUNDATION MEDICINE, INC.,<br><br>    Defendants. | Civil Action No. 20-cv-1646-RGA-JLH<br><br>**JURY TRIAL DEMANDED** |
| RAVGEN, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>MYRIAD GENETICS, INC., AND MYRIAD WOMEN'S HEALTH, INC.,<br><br>    Defendants. | Civil Action No. 20-cv-1730-RGA-JLH<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION EXTENDING DEADLINE TO SUBMIT SCHEDULING ORDER

The parties, subject to the Court's approval, agree to extend the deadline for the submission of the proposed Scheduling Order and joint letter from March 15, 2021 to March 29, 2021.

Date: March 15, 2021

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Attorneys for Plaintiff

Respectfully submitted,

ASHBY & GEDDES

/s/ Steven J. Balick
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

Attorneys for Defendants Illumina, Inc. and
Verinata Health, Inc.

Richards, Layton & Finger, P.A.

/s/ Renee Mosley Delcollo
Frederick L. Cottrell, III (#2555)
Renée Mosley Delcollo (#6442)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
delcollo@rlf.com

Attorneys for Defendants Ariosa Diagnostics, Inc.,
Roche Sequencing Solutions, Inc., Roche
Molecular Systems, Inc., and Foundation
Medicine, Inc.

MORRIS, NICHOLS, ARSHT & TUNNELL
LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

Attorneys for Defendants Myriad Genetics,
Inc. and Myriad Women's Health, Inc.

SO ORDERED, this _____ day of March, 2021.

_____
The Honorable Jennifer L. Hall