## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RAVGEN, INC., | |
| Plaintiff, | |
| v. | C.A. No. 20-cv-1644-RGA-JLH |
| ILLUMINA, INC. and VERINATA HEALTH, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |
| RAVGEN, INC., | |
| Plaintiff, | |
| v. | C.A. No. 20-cv-1646-RGA-JLH |
| ARIOSA DIAGNOSTICS, INC., ROCHE SEQUENCING SOLUTIONS, INC., ROCHE MOLECULAR SYSTEMS, INC., and FOUNDATION MEDICINE, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |
| RAVGEN, INC., | |
| Plaintiff, | |
| v. | C.A. No. 20-cv-1730-RGA-JLH |
| MYRIAD GENETICS, INC., and MYRIAD WOMEN'S HEALTH, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | Part 1 of 3<br>Contains Exhibits 1-14 |

|  |  |
|---|---|
| RAVGEN, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>PROGENITY, INC.,<br><br>            Defendant. | C.A. No. 20-cv-1734-RGA-JLH<br><br>**JURY TRIAL DEMANDED** |

## JOINT CLAIM CONSTRUCTION CHART

Plaintiff Ravgen, Inc. ("Ravgen"), and Defendants Illumina, Inc., Verinata Health, Inc., Ariosa Diagnostics, Inc., Roche Sequencing Solutions, Inc., Roche Molecular Systems, Inc., Foundation Medicine, Inc., Myriad Genetics, Inc., Myriad Women's Health, Inc., and Progenity, Inc. (collectively, "Defendants") file this joint claim construction chart.  The disputed terms for construction in asserted U.S. Patent Nos. 7,332,277 (the "'277 Patent") and 7,727,720 (the "'720 Patent") (collectively, the "patents-in-suit") are listed in the chart below.  The parties have identified ten terms from the patents-in-suit requiring construction. The parties' proposals and intrinsic evidence for the disputed claim terms are included below.

The parties reserve their rights to amend and/or supplement their positions in this Joint Claim Construction Chart with additional intrinsic evidence in their claim construction briefs to rebut positions taken by any other party and to cite to intrinsic evidence identified by another party. The parties further reserve the right to cite to patents or other prior art cited during prosecution of any of the patents-in-suit in support of their constructions.  Additionally, the parties reserve the right to introduce extrinsic evidence to the extent the Court permits such evidence.

The parties have also included copies of the patents-in-suit and portions of the intrinsic record as exhibits to this Joint Claim Construction Chart as indicated in the exhibit list below.

**Exhibit List**

| Exhibit | Title |
|---------|-------|
| 1 | U.S. Patent No. 7,332,277 |
| 2 | U.S. Patent No. 7,727,720 |
| 3 | '277 Patent File History, 3/17/06 Office Action |
| 4 | '277 Patent File History, 7/14/06 Response |
| 5 | '277 Patent File History, 10/12/06 Office Action |
| 6 | '277 Patent File History, 1/30/07 Office Action |
| 7 | '277 Patent File History, 5/17/07 Telephonic Interview Summary |
| 8 | '277 Patent File History, 5/30/07 Response |
| 9 | '277 Patent File History, 9/26/07 Notice of Allowance |
| 10 | '720 Patent File History, 6/15/07 Office Action |
| 11 | '720 Patent File History, 12/17/07 Response |
| 12 | '720 Patent File History, 5/5/08 Office Action |
| 13 | '720 Patent File History, 11/5/08 Response |
| 14 | '720 Patent File History, 12/4/08 Office Action |
| 15 | '720 Patent File History, 6/2/09 Response |
| 16 | '720 Patent File History, 12/15/09 Notice of Allowance |
| 17 | Reexamination No. 90/014,703, 11/8/21 Response |
| 18 | '277 Patent File History, 5/23/2005 Specification |
| 19 | '277 Patent File History, 12/12/2006 Response |
| 20 | Pat. Owner's Prelim. Resp., *Quest Diagnostics, Inc. v. Ravgen, Inc.*, IPR2021-00788, Paper No. 10 (P.T.A.B. July 28, 2021) |
| 21 | Decision Granting Institution of *Inter Partes* Review, *Quest Diagnostics Inc. v. Ravgen, Inc.*, IPR2021-00788, Paper No. 23 (P.T.A.B. Oct 19, 2021) |
| 22 | Pat. Owner's Prelim. Resp., *Quest Diagnostics, Inc. v. Ravgen, Inc.*, IPR2021-00790, Paper No. 9 (P.T.A.B. July 29, 2021) |
| 23 | Decl. of Dr. Brian Van Ness, *Quest Diagnostics Inc. v. Ravgen, Inc.*, IPR2021-00790, Ex. 2001 (P.T.A.B. July 29, 2021) |
| 24 | Pat. Owner's Prelim. Resp., *Quest Diagnostics, Inc. v. Ravgen, Inc.*, IPR2021-00791, Paper No. 8 (P.T.A.B. July 23, 2021) |
| 25 | Decl. of Dr. Brian Van Ness, *Quest Diagnostics Inc. v. Ravgen, Inc.*, IPR2021-00791, Ex. 2001 (P.T.A.B. July 23, 2021) |
| 26 | Pat. Owner's Prelim. Resp., *Lab. Corp. of Am. Holdings v. Ravgen, Inc.*, IPR2021-00902, Paper 9 (P.T.A.B. Aug. 13, 2021) |
| 27 | Decl. of Dr. Glenn D. Prestwich, *Lab. Corp. of Am. Holdings v. Ravgen, Inc.*, IPR2021-00902, Ex. 2001 (P.T.A.B. Aug. 13, 2021) |
| 28 | Pat. Owner's Prelim. Resp., *Lab. Corp. of Am. Holdings v. Ravgen, Inc.*, IPR2021-01026, Paper No. 7 (P.T.A.B. Sept. 16, 2021) |
| 29 | Decl. of Dr. Glenn D. Prestwich, *Lab. Corp. of Am. Holdings v. Ravgen, Inc.*, IPR2021-01026, Ex. 2001 (P.T.A.B. Sept. 16, 2021) |
| 30 | Pat. Owner's Prelim. Resp., *Lab. Corp. of Am. Holdings v. Ravgen, Inc.*, IPR2021-01054, Paper No. 7 (P.T.A. B. Sept. 15, 2021) |

| 31 | Decl. of Dr. Glenn D. Prestwich, *Lab. Corp. of Am. Holdings v. Ravgen, Inc.*, IPR2021-01054, Ex. 2001 (P.T.A.B. Sept. 15, 2021) |
| 32 | Pat. Owner's Prelim Resp., *Illumina, Inc. v. Ravgen, Inc.*, IPR2021-01271, Paper No. 6 (P.T.A.B. Oct. 28, 2021) |
| 33 | Decl. of Glenn D. Prestwich, *Illumina, Inc. v. Ravgen, Inc.*, IPR2021-01271, Ex. 2001 (P.T.A.B. Oct. 28, 2021) |
| 34 | Pat. Owner's Prelim. Resp., *Illumina, Inc. v. Ravgen, Inc.*, IPR2021-01272, Paper No. 7 (P.T.A.B. Oct. 28, 2021) |
| 35 | Decl. of Dr. Glenn D. Prestwich, *Illumina, Inc. v. Ravgen, Inc.*, IPR2021-01272, Ex. 2001 (P.T.A.B. Oct. 28, 2021) |
| 36 | Pat. Owner's Prelim. Resp., *Quest Diagnostics, Inc. v. Ravgen, Inc.*, IPR2021-00789, Paper No. 9 (P.T.A.B. July 29, 2021) |
| 37 | Decl. of Dr. Brian Van Ness, *Quest Diagnostics Inc. v. Ravgen, Inc.*, IPR2021-00789, Ex. 2001 (P.T.A.B. July 29, 2021) |
| 38 | Decl. of Dr. Brian Van Ness, Quest Diagnostics Inc. v. Ravgen, Inc., IPR2021-00788, Ex. 2001 (P.T.A.B. July 28, 2021) |
| 39 | Y.M. Dennis Lo *et al.*, "Quantitative Analysis of Fetal DNA in Maternal Plasma and Serum:  Implications for Noninvasive Prenatal Diagnosis," AM. J. HUMAN GENETICS, 62:768-775 (1998) |
| 40 | V.E. Valli *et al.*, "An Anticoagulant for Transport of Bovine Blood," CAN. VET. J., 21:252-257 (1980) |
| 41 | WO1998/039474 A1 |

**DISPUTED TERMS FOR CONSTRUCTION**

| No. | Disputed Term | Ravgen's Proposed Construction & Evidence | Defendants' Proposed Construction & Evidence |
|---|---|---|---|
| 1. | agent that [inhibits cell lysis to inhibit the lysis of cells / inhibits lysis of cells / impedes cell lysis] . . . wherein said agent is selected from the group consisting of membrane stabilizer, cross-linker, and cell lysis inhibitor<br><br>**Claims**<br><br>'277 Patent Claims 8, 55, 81<br>'720 Patent Claim 1 | chemical substance that inhibits [impedes] cell lysis that is selected from the group consisting of membrane stabilizer, cross-linker, and cell lysis inhibitor, and does not include anticoagulant chelators or the natural presence of endogenous substances<br><br>**Intrinsic Evidence**<br><br>'277 Patent at Abstract; 6:51-58; 10:11-40; 15:39-51; 15:58-16:7; 30:33-60; 31:44-32:39; 89:3-15; 89:20-34; 90:61-67; 91:24-60; 211:31-219:36; 219:40-229:23; 229:62-230:59; 235:9-52; 238:62-239:39; 244:20-245:11; 254:41-255:15; 260:39-261:14.<br><br>'720 Patent at Abstract; 6:32-65; 10:65-12:5; 31:43-32:3; 32:53-33:46; 89:27-39; 89:40-57; 91:15-21; 91:44-92:26; 202:15-210:17; 210:19-218:55; 219:28-220:4; 260:4-46; 263:54-264:30; 269:1-54; 278:51-279:26; 284:43-285:17.<br><br>'277 Patent File History: 3/17/06 Office Action; 7/14/06 Response at 30-34; 10/12/06 Office Action; 1/30/07 Office Action; 5/17/07 Telephonic Interview Summary at 2; 5/30/07 Response at 36-38, 53-56; 9/26/07 Notice of Allowance.<br><br>'720 Patent File History: 6/15/07 Office Action; 12/17/07 Response at 2, 11-15, 20-22; 5/5/08 Office Action; 11/5/08 Response at 10-12; 12/4/08 Office Action; 6/2/09 | Indefinite<br><br>**Intrinsic Evidence**<br><br>Patents:<br>'277 patent, claims 1, 8–11, 13, 55–61, 66–69, 80, 81, 83–86, 88–95, 112–115, 125–130, 132, 133, 138, 6:35–7:8,[1] 10:17–21, 11:50–60, 12:17–27, 12:29–39, 12:55–65, 13:25–35, 14:4–14, 14:27–37, 15:15–38, 15:39–16:18, 26:16–44, 30:33–31:13, 31:57–32:39, 32:54–56, 89:1–91:60, 196:43–211:27, 219:38–230:59, 235:11–52, 238:49–239:39, 244:20–67, 249:65–250:50, 254:39–255:15, 260:38–261:13, Figs. 11, 20<br><br>'720 patent, claims 1, 3–9, 21, 22, 24–30, 6:7–15, 6:32–65, 10:22–11:25, 11:43–12:5, 21:4–54, 22:42–23:8, 31:43–60, 32:4–22, 32:65–33:28, 33:60–62, 33:39–42, 89:25–92:26, 213:51–214:22, 219:49–51, 253:42–67, 254:1–17, 260:24–26, 264:7–9, 269:21–23, 274:30–32, 279:4–6, 284:62–64, 290:5–59.<br><br>Prosecution Histories:<br>May 23, 2005 Specification at 39–40, U.S. Pat. App. No. 10/661,165.<br><br>Mar. 17, 2006 Office Action at 5, U.S. Pat. App. No. 10/661,165. |

[1]The '720 Patent is a continuation-in-part of the application that led to the '277 Patent and thus shares part of the same disclosure. All citations to this common disclosure apply equally to both patents-in-suit.

| No. | Disputed Term | Ravgen's Proposed Construction & Evidence | Defendants' Proposed Construction & Evidence |
|---|---|---|---|
| | | Response at 9-25; 12/15/09 Notice of Allowance.<br><br>Reexamination No. 90/014,703: 11/8/21 Response at 13-30, 30-56. | July 14, 2006 Amend. at 31–33, 36–39, 41, 47, U.S. Pat. App. No. 10/661,165.<br><br>Oct. 12, 2006 Office Action at 2, 22, U.S. Pat. App. No. 10/661,165.<br><br>May 30, 2007 Amend. at 10, 14, 19, 25–27, 36, 42, 44, 45, 54, 56–58, 60, 62, 63, 65 U.S. Pat. App. No. 10/661,165.<br><br>June 15, 2007 Office Action at 3–17, U.S. Pat. App. No. 11/212,812.<br><br>Dec. 17, 2007 Amend. at 2, 10, 14, U.S. Pat. App. No. 11/212,812.<br><br>Nov. 5, 2008 Amend. at 13–14, U.S. Pat. App. No. 11/212,812.<br><br>June 2, 2009 Amend. at 12–13, 15, 18, 21, 23, U.S. Pat. App. No. 11/212,812.<br><br>Prior Art<br><br>Y.M. Dennis Lo *et al.*, "Quantitative Analysis of Fetal DNA in Maternal Plasma and Serum:  Implications for Noninvasive Prenatal Diagnosis," AM. J. HUMAN GENETICS, 62:768-775 (1998)<br><br>V.E. Valli *et al.*, "An Anticoagulant for Transport of Bovine Blood," CAN. VET. J., 21:252-257 (1980) |

| No. | Disputed Term | Ravgen's Proposed Construction & Evidence | Defendants' Proposed Construction & Evidence |
|-----|---------------|-------------------------------------------|----------------------------------------------|
|     |               |                                           | WO1998/039474 A1<br><br>Post-Grant Proceedings:<br><br>Pat. Owner's Prelim. Resp. at 38, 49, *Quest Diagnostics, Inc. v. Ravgen, Inc.*, IPR2021-00788, Paper No. 10 (P.T.A.B. July 28, 2021).<br><br>Decision Granting Institution of *Inter Partes* Review at 56–58, *Quest Diagnostics Inc. v. Ravgen, Inc.*, IPR2021-00788, Paper No. 23 (P.T.A.B. Oct 19, 2021).<br><br>Pat. Owner's Prelim. Resp. at 11, 15–17, 20, *Quest Diagnostics, Inc. v. Ravgen, Inc.*, IPR2021-00790, Paper No. 9 (P.T.A.B. July 29, 2021).<br><br>Decl. of Dr. Brian Van Ness at 13, 17, 72–75, 77–79, *Quest Diagnostics Inc. v. Ravgen, Inc.*, IPR2021-00790, Ex. 2001 (P.T.A.B. July 29, 2021).<br><br>Pat. Owner's Prelim. Resp. at 4, 6–10, 14–15, 35–37, 45–47, *Quest Diagnostics, Inc. v. Ravgen, Inc.*, IPR2021-00791, Paper No. 8 (P.T.A.B. July 23, 2021).<br><br>Decl. of Dr. Brian Van Ness at 12–13, 26–28, 33–34, 37–38, 40–47, 51–52, 63–65, *Quest Diagnostics Inc. v. Ravgen, Inc.*, IPR2021-00791, Ex. 2001 (P.T.A.B. July 23, 2021).<br><br>Pat. Owner's Prelim. Resp. at 3, 8–9, 18, 27–28, 36–42, *Lab. Corp. of Am. Holdings v. Ravgen, Inc.*, IPR2021-00902, Paper 9 (P.T.A.B. Aug. 13, 2021). |

| No. | Disputed Term | Ravgen's Proposed Construction & Evidence | Defendants' Proposed Construction & Evidence |
|-----|---------------|-------------------------------------------|----------------------------------------------|
|     |               |                                           | Decl. of Dr. Glenn D. Prestwich at pp. 22–23, 28–29, 64–66, 74–77, 79–83, *Lab. Corp. of Am. Holdings v. Ravgen, Inc.*, IPR2021-00902, Ex. 2001 (P.T.A.B. Aug. 13, 2021). |
|     |               |                                           | Pat. Owner's Prelim. Resp. at 1–2, 4, 6–12, 17–19, 21–25, 27–32, 39–45 *Lab. Corp. of Am. Holdings v. Ravgen, Inc.*, IPR2021-01026, Paper No. 7 (P.T.A.B. Sept. 16, 2021). |
|     |               |                                           | Decl. of Dr. Glenn D. Prestwich at pp. 22–28, 32–36, 41–42, 45–47, 53–63, 70–80, 83–88, 91–93, 95–98, 100–02, 104–07, 109–17, *Lab. Corp. of Am. Holdings v. Ravgen, Inc.*, IPR2021-01026, Ex. 2001 (P.T.A.B. Sept. 16, 2021). |
|     |               |                                           | Pat. Owner's Prelim. Resp. at 3, 36–42, *Lab. Corp. of Am. Holdings v. Ravgen, Inc.*, IPR2021-01054, Paper No. 7 (P.T.A. B. Sept. 15, 2021). |
|     |               |                                           | Decl. of Dr. Glenn D. Prestwich at pp. 21–22, 28–29, 57, 64–65, 69–71, 80–85, 87–92, *Lab. Corp. of Am. Holdings v. Ravgen, Inc.*, IPR2021-01054, Ex. 2001 (P.T.A.B. Sept. 15, 2021). |
|     |               |                                           | Pat. Owner's Prelim Resp. at 2–3, 5–9, 12–13, 15–22, 27–33, 36–41, *Illumina, Inc. v. Ravgen, Inc.*, IPR2021-01271, Paper No. 6 (P.T.A.B. Oct. 28, 2021). |
|     |               |                                           | Decl. of Glenn D. Prestwich at pp. 22–25, 30–34, 37–40, 43–45, 52–63, 66–78, *Illumina, Inc. v. Ravgen, Inc.*, IPR2021-01271, Ex. 2001 (P.T.A.B. Oct. 28, 2021). |

| No. | Disputed Term | Ravgen's Proposed Construction & Evidence | Defendants' Proposed Construction & Evidence |
|---|---|---|---|
| | | | Pat. Owner's Prelim. Resp. at 2, 10–15, 17–21. 27–29, 31–33, 36–38, 40–41, *Illumina, Inc. v. Ravgen, Inc.*, IPR2021-01272, Paper No. 7 (P.T.A.B. Oct. 28, 2021).<br><br>Decl. of Dr. Glenn D. Prestwich at 23–25, 27–28, 55–60, 64–66, 73–74, 80–82, 84–86, 90–91, 96–97, *Illumina, Inc. v. Ravgen, Inc.*, IPR2021-01272, Ex. 2001 (P.T.A.B. Oct. 28, 2021). |
| 2. | an agent that impedes [or inhibits] cell lysis<br><br>**Claims**<br><br>'277 Patent Claims 8, 55, 81<br>'720 Patent Claim 1 | chemical substance that inhibits [impedes] cell lysis<br><br>**Intrinsic Evidence**<br><br>'277 Patent at Abstract; 6:51-58; 10:11-40; 15:39-51; 15:58-16:7; 30:33-60; 31:44-32:39; 89:3-15; 89:20-34; 90:61-67; 91:24-60; 211:31-219:36; 219:40-229:23; 229:62-230:59; 235:9-52; 238:62-239:39; 244:20-245:11; 254:41-255:15; 260:39-261:14.<br><br>'720 Patent at Abstract; 6:32-65; 10:65-12:5; 31:43-32:3; 32:65-33:46; 89:27-39; 89:40-57; 91:15-21; 91:44-92:26; 202:15-210:17; 210:19-218:55; 219:28-220:4; 260:4-46; 263:54-264:30; 269:1-54; 278:51-279:26; 284:43-285:17.<br><br>'277 Patent File History: 3/17/06 Office Action; 7/14/06 Response at 30-34; 10/12/06 Office Action; 1/30/07 Office Action; 5/17/07 Telephonic Interview Summary at 2; 5/30/07 Response at 36-38, 53-56; 9/26/07 Notice of Allowance.<br><br>'720 Patent File History: 6/15/07 Office Action; 12/17/07 Response at 2, 11-15, 20-22; 5/5/08 Office Action; 11/5/08 Response at 10-12; 12/4/08 Office Action; 6/2/09 | Indefinite<br><br>**Intrinsic Evidence**<br><br>*See* Disputed Term No. 1. |

| No. | Disputed Term | Ravgen's Proposed Construction & Evidence | Defendants' Proposed Construction & Evidence |
|---|---|---|---|
| | | Response at 9-25; 12/15/09 Notice of Allowance.<br><br>Reexamination No. 90/014,703: 11/8/21 Response at 13-30, 30-56. | |
| 3. | cell lysis inhibitor<br><br>**Claims**<br><br>'277 Patent Claims 8, 55, 81<br>'720 Patent Claim 1 | chemical substance that preserves the structural integrity of cells<br><br>**Intrinsic Evidence**<br><br>'277 Patent at Abstract; 6:51-58; 10:11-40; 15:39-51; 15:58-16:7; 30:33-60; 31:44-32:39; 89:3-15; 89:20-34; 90:61-67; 91:24-60; 211:31-219:36; 219:40-229:23; 229:62-230:59; 235:9-52; 238:62-239:39; 244:20-245:11; 254:41-255:15; 260:39-261:14.<br><br>'720 Patent at Abstract; 6:32-65; 10:65-12:5; 31:43-32:3; 32:65-33:46; 89:27-39; 89:40-57; 91:15-21; 91:44-92:26; 202:15-210:17; 210:19-218:55; 219:28-220:4; 260:4-46; 263:54-264:30; 269:1-54; 278:51-279:26; 284:43-285:17.<br><br>'277 Patent File History: 3/17/06 Office Action; 7/14/06 Response at 30-34; 10/12/06 Office Action; 1/30/07 Office Action; 5/17/07 Telephonic Interview Summary at 2; 5/30/07 Response at 36-38, 53-56; 9/26/07 Notice of Allowance.<br><br>'720 Patent File History: 6/15/07 Office Action; 12/17/07 Response at 2, 11-15, 20-22; 5/5/08 Office Action; 11/5/08 Response at 10-12; 12/4/08 Office Action; 6/2/09 Response at 9-25; 12/15/09 Notice of Allowance.<br><br>Reexamination No. 90/014,703: 11/8/21 Response at 13- | Indefinite<br><br>**Intrinsic Evidence**<br><br>*See* Disputed Term No. 1. |

| No. | Disputed Term | Ravgen's Proposed Construction & Evidence | Defendants' Proposed Construction & Evidence |
|-----|---------------|-------------------------------------------|----------------------------------------------|
| | | 30, 30-56. | |
| 4. | membrane stabilizer<br><br>**Claims**<br><br>'277 Patent Claims 8, 55, 81<br>'720 Patent Claim 1 | chemical substance that stabilizes membranes of cells<br><br>**Intrinsic Evidence**<br><br>'277 Patent at Abstract; 6:51-58; 10:11-40; 15:39-51; 15:58-16:7; 30:33-60; 31:44-32:39; 89:3-15; 89:20-34; 90:61-67; 91:24-60; 211:31-219:36; 219:40-229:23; 229:62-230:59; 235:9-52; 238:62-239:39; 244:20-245:11; 254:41-255:15; 260:39-261:14.<br><br>'720 Patent at Abstract; 6:32-65; 10:65-12:5; 31:43-32:3; 32:65-33:46; 89:27-39; 89:40-57; 91:15-21; 91:44-92:26; 202:15-210:17; 210:19-218:55; 219:28-220:4; 260:4-46; 263:54-264:30; 269:1-54; 278:51-279:26; 284:43-285:17.<br><br>'277 Patent File History: 3/17/06 Office Action; 7/14/06 Response at 30-34; 10/12/06 Office Action; 1/30/07 Office Action; 5/17/07 Telephonic Interview Summary at 2; 5/30/07 Response at 36-38, 53-56; 9/26/07 Notice of Allowance.<br><br>'720 Patent File History: 6/15/07 Office Action; 12/17/07 Response at 2, 11-15, 20-22; 5/5/08 Office Action; 11/5/08 Response at 10-12; 12/4/08 Office Action; 6/2/09 Response at 9-25; 12/15/09 Notice of Allowance.<br><br>Reexamination No. 90/014,703: 11/8/21 Response at 13-30, 30-56. | Indefinite<br><br>**Intrinsic Evidence**<br><br>*See* Disputed Term No. 1. |
| 5. | free fetal DNA isolated / isolating | No construction necessary | separating out free fetal nucleic acid/DNA from free maternal nucleic acid/DNA |

| No. | Disputed Term | Ravgen's Proposed Construction & Evidence | Defendants' Proposed Construction & Evidence |
|-----|---------------|-------------------------------------------|----------------------------------------------|
| | free fetal nucleic acid<br><br>**Claims**<br><br>'277 Patent<br>Claims 55, 81 | **Intrinsic Evidence**<br><br>'277 Patent at Abstract; 31:44-32:39; 34:12-62; 67:11-36; 67:44-68:19; 89:3-15; 89:20-34; 90:61-67; 91:24-60; 219:40-229:23; 229:24-231:12; 245:13-19; 255:29-35; 261:26-34.<br><br>'720 Patent at Abstract; 32:53-33:46; 35:19-36:3; 65:59-66:16; 66:23-65; 89:25-39; 89:42-57; 91:15-21; 91:44-92:26; 210:19-218:58; 218:59-220:22; 269:55-61; 279:39-44; 285:30-36.<br><br>'277 Patent File History: 7/14/06 Response at 30-34.<br><br>'720 Patent File History: 12/17/07 Response at 11-15; 11/5/08 Response at 10-12; 6/2/09 Response at 9-25; 12/15/09 Notice of Allowance. | **Intrinsic Evidence**<br><br>Patents:<br>'277 patent, claims 1–4, 7, 12–14, 55–71, 80–91, 94–95, 116, 119–121, 123–124, 126–132, 133, 136–137, 140, 5:7–37, 6:11–14, 10:24–28, 15:15–38, 16:19–61, 17:5–48, 22:35–62, 23:28–24:4, 25:44–58, 26:16–27:18, 27:29–29:3, 31:44–51, 32:22–53, 32:57–33:17, 34:12–62, 49:37–50:17, 66:23–42, 66:62–65, 74:37–41, 75:19–32, 78:36–44, 80:57–67, 82:37–52, 85:27–35, 86:43-56, 89:1–91:60, 92:1–8, 94:17-48, 98:6–13, 100:12–38, 112:19–48, 157:31–50, 160:1–18, 164:26–41, 165:45–166:2, 170:21–33, 171:19–45, 174:23–35, 175:42–67, 179:25–37, 193:29–53, 196:43–211:27, 213:7–15, 214:9–45, 218:52–219:2, 219:38–229:20, 231:6–13, 235:65–236:4, 239:52–59, 245:12–18, 250:53–69, 255:28–34, 261:26–33, Figs. 11, 20<br><br>'720 patent, claims 1–9, 21, 22, 24–30, 6:26–31, 10:22–29, 10:30–11:25, 21:4–54, 22:42–23:8, 254:29–35, 291:45–292:4, 292:64–293:25<br><br>Prosecution Histories:<br><br>Dec. 12, 2006 Amend. at 9, 14, 19–20, 23–24, U.S. Pat. App. No. 10/661,165.<br><br>May 30, 2007 Amend. at 10, 14, 20, 65, U.S. Pat. App. No. 10/661,165. |

| No. | Disputed Term | Ravgen's Proposed Construction & Evidence | Defendants' Proposed Construction & Evidence |
|-----|---------------|-------------------------------------------|----------------------------------------------|
| | | | Dec. 17, 2007 Amend. at 11–12, U.S. Pat. App. No. 11/212,812. |
| | | | Nov. 5, 2008 Amend. at 11–12, U.S. Pat. App. No. 11/212,812. |
| | | | Post-Grant Proceedings: |
| | | | Decl. of Dr. Brian Van Ness at 14, 65, 67–69, *Quest Diagnostics Inc. v. Ravgen, Inc.*, IPR2021-00790, Ex. 2001 (P.T.A.B. July 29, 2021). |
| | | | Decl. of Dr. Glenn D. Prestwich at pp. 23, 55, *Lab. Corp. of Am. Holdings v. Ravgen, Inc.*, IPR2021-00902, Ex. 2001 (P.T.A.B. Aug. 13, 2021). |
| | | | Pat. Owner's Prelim. Resp. at 3, 26, *Lab. Corp. of Am. Holdings v. Ravgen, Inc.*, IPR2021-01054, Paper No. 7 (P.T.A. B. Sept. 15, 2021). |
| | | | Decl. of Dr. Glenn D. Prestwich at pp. 83–84, 90, *Lab. Corp. of Am. Holdings v. Ravgen, Inc.*, IPR2021-01054, Ex. 2001 (P.T.A.B. Sept. 15, 2021). |
| | | | Decl. of Dr. Glenn D. Prestwich at pp. 25, 76–77, 95, *Illumina, Inc. v. Ravgen, Inc.*, IPR2021-01272, Ex. 2001 (P.T.A.B. Oct. 28, 2021). |
| 6. | isolating free nucleic acid | No construction necessary<br><br>**Intrinsic Evidence**<br><br>'277 Patent at Abstract; 31:44-32:39; 34:12-62; 67:11-36; | separating out free nucleic acid from non-nucleic acid materials |

| No. | Disputed Term | Ravgen's Proposed Construction & Evidence | Defendants' Proposed Construction & Evidence |
|---|---|---|---|
| | **Claims**<br><br>'720 Patent<br>Claim 1 | 67:44-68:19; 89:3-15; 89:20-34; 90:61-67; 91:24-60; 219:40-229:23; 229:24-231:12; 243:13-19.<br><br>'720 Patent at Abstract; 32:53-33:46; 35:19-36:3; 65:59-66:16; 66:23-65; 89:25-39; 89:42-57; 91:15-21; 91:44-92:26; 210:19-218:58; 218:59-220:22; 268:3-5; 269:55-61; 279:39-44; 285:30-36.<br><br>'277 Patent File History: 7/14/06 Response at 30-34.<br><br>'720 Patent File History: 12/17/07 Response at 11-15; 11/5/08 Response at 10-12; 6/2/09 Response at 9-25; 12/15/09 Notice of Allowance. | **Intrinsic Evidence**<br><br>*See* Disputed Term No. 5. |
| 7. | mutation<br><br>**Claims**<br><br>'277 Patent Claim 67<br>'720 Patent Claims 7-9 | No construction necessary<br><br>***Alternatively, if construed***: an alternation in the gene sequence as compared to the wild type sequence<br><br>**Intrinsic Evidence**<br><br>'277 Patent at Abstract; 5:63-6:14 7:17-32; 22:63-23:40; 35:56-36:3; 60:31-54; 63:24-37; 110:16-66; 118:40-154:40.<br><br>'720 Patent at Abstract; 5:48-65; 9:37-51; 17:42-18:19; 36:62-37:7; 59:31-55; 62:11-24; 111:49-112:39; 119:50-142:20. | Indefinite<br><br>**Intrinsic Evidence**<br><br>'720 patent, claims 7–9, 5:48–63, 9:37–51, 10:38–64, 20:41–54, 21:37–64, 22:42–23:8, 23:37–62, 25:6–27:46, 31:1–2, 33:29–33:46, 36:62–37:7, 59:18–49, 61:35–67, 62:11–23, 63:62–64:5, 64:64–67, 72:8–27, 84:11–49, 89:1–8, 89:24–40, 92:16–26, 108:25–29, 111:36–45, 112:7–143:45, 186:9–16, 202:5–11, 285:53-286:4, 289:55–290:4, 290:60–291:3, 292:5–298:5, Figs. 1A & 11.<br><br>'277 patent, claims 54 and 67, 5:63–6:11, 7:17–32, 10:37–38, 25:63–26:8, 29:57–59, 32:22–39, 35:57–36:3, 60:20–49, 62:47–63:13, 63:24–37, 65:12–23, 66:14–19, 74:3–14, 85:1–17, 88:45–52, 88:1–15, 91:50–60, 106:21–33, 110:3–14, 110:34–155:58, 196:23–30, 211:21–27, 261:51–262:2, Figs. 1A & 11. |

| No. | Disputed Term | Ravgen's Proposed Construction & Evidence | Defendants' Proposed Construction & Evidence |
|---|---|---|---|
| | | | Post-Grant Proceedings<br><br>Decl. of Dr. Brian Van Ness at 18, 39, *Quest Diagnostics Inc. v. Ravgen, Inc.*, IPR2021-00791, Ex. 2001 (P.T.A.B. July 23, 2021).<br><br>Pat. Owner's Prelim Resp. at 22-23, 33, 36, *Quest Diagnostics Inc. v. Ravgen, Inc.*, IPR2021-00788, Paper No. 10 (P.T.A.B. July 28, 2021).<br><br>Decl. of Dr. Brian Van Ness at 23, 25-26, 51, 73, 84, *Quest Diagnostics Inc. v. Ravgen, Inc.*, IPR2021-00788, Ex. 2001 (P.T.A.B. July 28, 2021).<br><br>Decl. of Dr. Glenn D. Prestwich at 27-28, *Lab. Corp. of Am. Holdings v. Ravgen, Inc.*, IPR2021-01054, Ex. 2001 (P.T.A.B. Sept. 15, 2021).<br><br>Decl. of Dr. Glenn D. Prestwich at 27, *Illumina, Inc. v. Ravgen, Inc.*, IPR2021-01272, Ex. 2001 (P.T.A.B. Oct. 28, 2021). |
| 8. | non-cellular fraction<br><br>**Claims**<br><br>'720 Patent Claim 1 | portion that is substantially free of cells<br><br>**Intrinsic Evidence**<br><br>'277 Patent at Abstract; 31:44-32:39; 34:12-62; 67:11-36; 89:3-15; 89:20-34; 90:61-67; 91:24-60; 219:40-229:23; 229:24-231:12; 245:13-19.<br><br>'720 Patent at Abstract; 32:53-33:46; 35:19-36:3; 65:59-66:16; 89:27-39; 89:41-57; 91:15-21; 91:44-92:26; 210:19-218:55; 218:59-220:22; 269:55-61. | a fraction that does not contain cells<br><br>Alternatively: Indefinite<br><br>**Intrinsic Evidence**<br><br>Patents:<br>'277 patent, claims 4, 7, 13, 56, 62, 84, 88, 117, 119, 121, 123, 128, 130, 134, 137, 6:41–58, 15:6–38, 26:65–27:18, 30:6–21, 31:44–51, 32:22–39, 74:24–36, 89:1–91:60, 196:43–211:27, 212:62–213:5, 219:38–229:20, 230:61– |

| No. | Disputed Term | Ravgen's Proposed Construction & Evidence | Defendants' Proposed Construction & Evidence |
|---|---|---|---|
| | | '720 Patent File History: 12/17/07 Response at 2, 14-15; 11/5/08 Response at 10-15; 6/2/09 Response at 2, 9-25; 12/15/09 Notice of Allowance. | 231:4, 235:53–63, 239:40–51, 245:1–11, 250:42–52, 255:16–27, 261:14–25, Figs. 11, 20<br><br>'720 patent, claims 1–10, 21–30, 6:16–25, 11:17–42, 12:11–25, 21:11–21, 21:27–36, 21:45–52, 22:49–57, 22:66–23:36, 23:63–24:57, 24:59–25:5, 25:18–26, 25:39–56, 28:8–35, 31:17–31, 32:29–34, 32:42–60, 34:30–34, 35:24–26, 65:5–25, 72:40–50, 76:49–51, 79:60–62, 84:60–62, 89:25–92:26, 92:36–38, 100:15–17, 112:22–55, 115:39–46, 116:9–21, 116:45–60, 117:31–61, 118:30–44, 145:7–146:3, 152:62–153:3, 159:8–10, 163:4–6, 168:21–29, 186:31–38, 187:22–44, 187:52–55, 200:4–7, 201:4–5, 201:19–21, 201:28–39, 202:23–29, 202:52–54, 203:31–60, 209:39–42, 210:17–218:55, 218:59–65, 219:29–35, 220:6–22, 253:41–47, 254:19–35, 260:5–11, 260:47–62, 263:54–61, 264:32–47, 266:62–66, 269:1–8, 269:45–59, 272:5–17, 274:2–4, 274:10–17, 274:53–275:3, 276:43–54, 278:40–58, 279:28–44, 281:61–63, 284:42–49, 285:19–36, 290:5–14, 290:18–25, 290:65–291:48, 296:21–35.<br><br>File Histories:<br>Dec. 17, 2007 Amend. at 11–12, 14–15, 17, 19, 22, U.S. Pat. App. No. 11/212,812.<br><br>May 5, 2008 Office Action at 3, U.S. Pat. App. No. 11/212,812.<br><br>Nov. 5, 2008 Amend. at 11–12, 14–16, 18–20, U.S. Pat. App. No. 11/212,812.<br><br>Dec. 4, 2008 Office Action at 2, 9, U.S. Pat. App. No. 11/212,812 |

| No. | Disputed Term | Ravgen's Proposed Construction & Evidence | Defendants' Proposed Construction & Evidence |
|---|---|---|---|
| | | | June 2, 2009 Amend. at 2, 9–10, 13, 15–16, 18, 21, 23–24, U.S. Pat. App. No. 11/212,812.<br><br>Post-Grant Proceedings:<br><br>Pat. Owner's Prelim Resp. at 13, 38–39, *Quest Diagnostics Inc. v. Ravgen, Inc.*, IPR2021-00791, Paper No. 8 (P.T.A.B. July 23, 2021).<br><br>Decl. of Dr. Brian Van Ness at 11–14, 28, 30–33, 34–37, 59, *Quest Diagnostics Inc. v. Ravgen, Inc.*, IPR2021-00791, Ex. 2001 (P.T.A.B. July 23, 2021).<br><br>Decl. of Dr. Glenn D. Prestwich at pp. 39–40, 43–44, 46–48, 51–53, 68, *Lab. Corp. of Am. Holdings v. Ravgen, Inc.*, IPR2021-01026, Ex. 2001 (P.T.A.B. Sept. 16, 2021).<br><br>Decl. of Dr. Glenn D. Prestwich at p. 68, *Lab. Corp. of Am. Holdings v. Ravgen, Inc.*, IPR2021-01054, Ex. 2001 (P.T.A.B. Sept. 15, 2021).<br><br>Decl. of Dr. Glenn D. Prestwich at pp. 19, 42–44, 46–47, 50–51, 79–80, *Illumina, Inc. v. Ravgen, Inc.*, IPR2021-01271, Ex. 2001 (P.T.A.B. Oct. 28, 2021).<br><br>Decl. of Dr. Glenn D. Prestwich at 19, *Illumina, Inc. v. Ravgen, Inc.*, IPR2021-01272, Ex. 2001 (P.T.A.B. Oct. 28, 2021). |
| 9. | quantitating a ratio of the relative amount of | calculating a ratio of the relative amount of alleles at a heterozygous locus of interest in a mixture of template DNA | Indefinite; to the extent not indefinite the term "ratio of the relative amount of alleles at a heterozygous locus of interest in a mixture of template DNA" means "a quantity |

| No. | Disputed Term | Ravgen's Proposed Construction & Evidence | Defendants' Proposed Construction & Evidence |
|-----|---------------|-------------------------------------------|----------------------------------------------|
| | alleles at a heterozygous locus of interest in a mixture of template DNA<br><br>**Claims**<br><br>'277 Patent Claims 1, 116 | **Intrinsic Evidence**<br><br>'277 Patent at Abstract; 7:9-16; 7:33-60; 17:5-48; 23:28-24:57; 25:16-43; 35:28-37; 65:29-66:20; 67:11-36; 67:44-68:49; 68:56-75:17; 172:66-174:10; 174:13-178:55; 210:51-211:28; 211:31-219:36; 238:19-43; 243:35-67; 247:45-55; 253:54-254:25; 259:14-24; 263:59-264:3; 427:49-54.<br><br>'277 Patent File History: 7/14/06 Response at 2, 26-27, 29-31, 39-40; 5/30/07 Response at 2, 25, 28-31, 46-48. | that shows the relative amounts of the two alleles at a heterozygous locus selected for use in indicating a chromosomal abnormality"<br><br>**Intrinsic Evidence**<br><br>Patents:<br><br>'277 patent, Claims 1, 5, 16, 50, 51-53; 116, 139-140; Abstract; 5:8-59; 6:15-25; 7:9-60; 16:62-17:48; 17:59-64; 19:17-47; 22:35-48; 22:49-62; 23:28-40; 24:18-57; 29:5-53; 60:20-49; 63:54-65:28; 65:30-66:20; 67:11-43; 67:57-70:23; 72:39-40; 73:35; 73:55-60; 87:16-88:67; 95:35-97:57; 103:45-110:12; 166:31-169:67; 170:1-19; 172:5-174:9; 174:11-22; 176:27-178:56; 178:58-179:24; 194:14-196:42; 207:61-211:27; 212:37-50; 215:24-219:36; 229:23-60; 234:34-62; 238:19-48; 243:34-67; 249:18-51; 253:53-254:15; 259:20-260:3; 265:20-266:24; Fig. 1A, Fig. 2, Figs. 11A-11B; Fig. 12; Fig. 15; Figs. 17D-F<br><br>File Histories:<br><br>May 23, 2005 Specification at 43–45, 73-76, 79-90, U.S. Pat. App. No. 10/661,165.<br><br>Mar. 17, 2006 Office Action at 2-3, 5, 10-11, U.S. Pat. App. No. 10/661,165.<br><br>July 14, 2006 Amend. at 28-31, U.S. Pat. App. No. 10/661,165. |

| No. | Disputed Term | Ravgen's Proposed Construction & Evidence | Defendants' Proposed Construction & Evidence |
|-----|---------------|-------------------------------------------|----------------------------------------------|
| | | | Jan. 30, 2007 Office Action at 4-6, 38-40, 43, U.S. Pat. App. No. 10/661,165.<br><br>May 30, 2007 Amend. at 26-27, 28-31, 32-34, 40-43, 45-48 U.S. Pat. App. No. 10/661,165.<br><br>Post-Grant Proceedings:<br><br>Pat. Owner's Prelim Resp. at 23-24, 32-39, *Quest Diagnostics Inc. v. Ravgen, Inc.*, IPR2021-00790, Ex. 2001 (P.T.A.B. July 29, 2021).<br><br>Pat. Owner's Prelim Resp. at 19-26, *Quest Diagnostics Inc. v. Ravgen, Inc.*, IPR2021-00789, Ex. 2001 (P.T.A.B. July 29, 2021).<br><br>Decl. of Dr. Brian Van Ness at 14-15, 18-23, 49-58, 65-66, *Quest Diagnostics Inc. v. Ravgen, Inc.*, IPR2021-00790, Ex. 2001 (P.T.A.B. July 29, 2021).<br><br>Decl. of Dr. Brian Van Ness at 14-18, 41-42, *Quest Diagnostics Inc. v. Ravgen, Inc.*, IPR2021-00789, Ex. 2001 (P.T.A.B. July 29, 2021). |
| 10. | wherein said ratio for alleles at heterozygous loci of interest on a chromosome are summed and compared to the ratio for alleles at heterozygous loci | No construction necessary<br><br>**Intrinsic Evidence**<br><br>'277 Patent at Abstract; 7:9-16; 7:33-60; 17:5-48; 23:28-24:57; 25:16-43; 35:28-37; 65:29-66:20; 67:11-36; 67:44-68:49; 68:56-75:17; 172:66-174:10; 174:13-178:55; 210:51-211:28; 211:31-219:36; 238:19-43; 243:35-67; 247:45-55; 253:54-254:25; 259:14-24; 263:59-264:3; | Indefinite; to the extent not indefinite the term "ratio of the relative amount of alleles at a heterozygous locus of interest in a mixture of template DNA" means "a quantity that shows the relative amounts of the two alleles at multiple heterozygous loci on a single chromosome, where the multiple heterozygous loci are selected for use in indicating a chromosomal abnormality" |

| No. | Disputed Term | Ravgen's Proposed Construction & Evidence | Defendants' Proposed Construction & Evidence |
|---|---|---|---|
| | of interest on a different chromosome<br><br>**Claims**<br><br>'277 Patent Claim 50 | 427:49-54.<br><br>'277 Patent File History: 7/14/06 Response at 2, 26-27, 29-31, 39-40; 5/30/07 Response at 2, 25, 28-31, 46-48. | **Intrinsic Evidence**<br><br>*See* Disputed Term No. 9. |

Date: November 12, 2021

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (#4089)
Michael J. Farnan (#5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*

Richards, Layton & Finger, P.A.

/s/ Renée Mosley Delcollo
Frederick L. Cottrell, III (#2555)
Renée Mosley Delcollo (#6442)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
delcollo@rlf.com

*Attorneys for Defendants Ariosa Diagnostics,*
*Inc., Roche Sequencing Solutions, Inc., Roche*
*Molecular Systems, Inc., and Foundation*
*Medicine, Inc.*

WILSON SONSINI GOODRICH
& ROSATI, P.C.

/s/ Ian R. Liston
Ian R. Liston (#5507)
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
(302) 304-7600
iliston@wsgr.com

*Counsel for Defendant Progenity, Inc.*

Respectfully submitted,

ASHBY & GEDDES

/s/ Steven J. Balick
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendants Illumina, Inc. and*
*Verinata Health, Inc.*

MORRIS, NICHOLS, ARSHT & TUNNELL
LLP

/s/ Jeremy A. Tigan
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Defendants Myriad Genetics, Inc.*
*and Myriad Women's Health, Inc.*